United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 18-16943-amc
Clyde Martin, Jr.                                                     Chapter 13
Gwendolyn M. Martin
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: dlv              Page 1 of 2         Date Rcvd: Nov 16, 2018
                            Form ID: 309I          Total Noticed: 38

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 18, 2018.
```
db/jdb         +Clyde Martin, Jr.,    Gwendolyn M. Martin,    437 W. Roosevelt Boulevard,
                 Philadelphia, PA 19120-4148
aty            +MICHAEL A. CATALDO2,    Cibik & Cataldo, P.C.,    1500 Walnut Street,    Suite 900,
                 Philadelphia, PA 19102-3518
14218985      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    PO Box 5010,
                 Woodland Hills, CA 91365)
14218986       Capital Collection Svc,    300 N Route 73,   West Berlin, NJ 08091
14218988      +Central Finl Control,   Po Box 66044,    Anaheim, CA 92816-6044
14218996      +Einstein Medical Center,    PO Box 785371,   Philadelphia, PA 19175-0001
14218998      +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
14218999      +Experian,   Profile Maintenance,    P.O. Box 9558,   Allen, Texas 75013-9558
14219000       Grimley Financial Corporation,    30 Washington Drive,    Suite C6,   Haddonfield, NJ 08033-3341
14219003      +KML Law Group,    701 Market Street,   Suite 5000,   Philadelphia, PA 19106-1541
14219002      +Kevin Parker, Esquire,    1528 Walnut Street,    # 2000,   Philadelphia, PA 19102-3613
14219004      +Lewiis Trauffer, Esq.,    1601 Market Street,    Suite 2300,   Philadelphia, PA 19103-2306
14219007      +MRS BPO,   Attn: Bankruptcy,    1930 Olney Ave,   Cherry Hill, NJ 08003-2016
14229382      +Midland Mortgage,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14219005      +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
14219006      +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
14219009       PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14219011      +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,   Philadelphia, PA 19122-2806
14219013       Roxborough Memorial Hospital,    5800 Ridge Avenue,   Philadelphia PA 19128
14219014      +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: ecf@ccpclaw.com Nov 17 2018 02:26:53      MICHAEL A. CIBIK2,
                 Cibik & Cataldo, P.C.,    1500 Walnut Street,   Suite 900,    Philadelphia, PA  19102
tr            +E-mail/Text: bncnotice@ph13trustee.com Nov 17 2018 02:28:43      WILLIAM C. MILLER, Esq.,
                 Chapter 13 Trustee,   P.O. Box 1229,    Philadelphia, PA 19105-1229
smg            E-mail/Text: megan.harper@phila.gov Nov 17 2018 02:28:09      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg            E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 17 2018 02:27:23
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg           +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 17 2018 02:27:59      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
ust            E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Nov 17 2018 02:27:43      United States Trustee,
                 Office of the U.S. Trustee,    833 Chestnut Street,   Suite 500,    Philadelphia, PA 19107-4405
14218987      +E-mail/Text: clientrep@capitalcollects.com Nov 17 2018 02:28:57      CCS,   Attn: Bankruptcy,
                 PO Box 150,   West Berlin, NJ 08091-0150
14218991       E-mail/Text: megan.harper@phila.gov Nov 17 2018 02:28:09      City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14218993       E-mail/Text: megan.harper@phila.gov Nov 17 2018 02:28:09      City of Philadelphia,
                 Bankruptcy Unit,   15th Floor,    1515 Arch Street,   Philadelphia, PA 19102
14218989      +E-mail/Text: ecf@ccpclaw.com Nov 17 2018 02:27:06      Cibik and Cataldo, P.C.,
                 1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
14218992      +E-mail/Text: bankruptcy@philapark.org Nov 17 2018 02:28:39      City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41819,   Philadelphia, PA 19101-1819
14218995      +EDI: CCS.COM Nov 17 2018 07:13:00      Credit Collections Svc,    PO Box 773,
                 Needham, MA 02494-0918
14218997      +E-mail/Text: tropiann@einstein.edu Nov 17 2018 02:27:16      Einstein Practice Plan,
                 PO Box 8500-8735,    Philadelphia, PA 19178-0001
14219001       EDI: IRS.COM Nov 17 2018 07:13:00      I.R.S.,   P.O. Box 7346,    Philadelphia, PA 19101-7346
14219008      +E-mail/Text: Bankruptcies@nragroup.com Nov 17 2018 02:28:56      National Recovery Agency,
                 Attn: Bankruptcy,    PO Box 67015,   Harrisburg, PA 17106-7015
14219010       E-mail/Text: bankruptcygroup@peco-energy.com Nov 17 2018 02:27:13      Peco Energy,
                 2301 Market Street # N 3-1,   Legal Department,    Philadelphia PA 19103-1338
14219012      +E-mail/Text: bankruptcy@philapark.org Nov 17 2018 02:28:39      Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,   Philadelphia, PA 19106-2895
14219016       E-mail/Text: eforbes@ph13trustee.com Nov 17 2018 02:27:14      William C. Miller, Esquire,
                 Chapter 13 Trustee,   P.O. Box 40119,    Philadelphia, PA 19106-0119
                                                                                              TOTAL: 18
```

```
District/off: 0313-2           User: dlv                  Page 2 of 2                   Date Rcvd: Nov 16, 2018
                               Form ID: 309I              Total Noticed: 38

              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14218990*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
14218994*      +City of Philadelphia,    Parking Violations Branch,    PO Box 41819,
                 Philadelphia, PA 19101-1819
14219015      ##+Tsi/09,    507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                             TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 18, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 15, 2018 at the address(es) listed below:
              MICHAEL A. CATALDO2    on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                              TOTAL: 7
```

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Clyde Martin Jr.** | Social Security number or ITIN | xxx–xx–0118 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Gwendolyn M. Martin** | Social Security number or ITIN | xxx–xx–9271 |
| | First Name    Middle Name    Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | Eastern District of Pennsylvania | Date case filed for chapter 13 | 10/18/18 |
| Case number: | 18–16943–amc | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case
**\*\*Debtor's Photo ID &Social Security Card Must Be Presented at 341 Hearing\*\***                                                                12/17

---

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at  www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Clyde Martin Jr. | Gwendolyn M. Martin |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 437 W. Roosevelt Boulevard<br>Philadelphia, PA 19120 | 437 W. Roosevelt Boulevard<br>Philadelphia, PA 19120 |
| 4. | **Debtor's attorney**<br>Name and address | MICHAEL A. CIBIK2<br>Cibik & Cataldo, P.C.<br>1500 Walnut Street<br>Suite 900<br>Philadelphia, PA 19102 | Contact phone 215–735–1060<br><br>Email: ecf@ccpclaw.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at  www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 11/16/18 |

**For more information, see page 2**

Debtor **Clyde Martin Jr.** and **Gwendolyn M. Martin**                                                                                      Case number **18–16943–amc**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **December 19, 2018 at 10:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Suite 18–341, 1234 Market Street,**<br>**Philadelphia, PA 19107** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 2/17/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 12/27/18** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 4/16/19** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**  30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan. This plan proposes payment to the trustee of 700.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**1/22/19** at **10:00 AM** , Location: **Courtroom #5, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 8. | |