United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                          Case No. 18-16943-amc
Clyde Martin, Jr.                                               Chapter 13
Gwendolyn M. Martin
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2           User: PaulP                Page 1 of 2         Date Rcvd: Apr 24, 2019
                               Form ID: pdf900            Total Noticed: 37
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 26, 2019.
```
db/jdb         +Clyde Martin, Jr.,    Gwendolyn M. Martin,    437 W. Roosevelt Boulevard,
                 Philadelphia, PA 19120-4148
14218985      ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
               (address filed with court: Caine & Weiner,    Attn: Bankruptcy,    PO Box 5010,
                 Woodland Hills, CA 91365)
14218986        Capital Collection Svc,    300 N Route 73,   West Berlin, NJ 08091
14218988       +Central Finl Control,    Po Box 66044,   Anaheim, CA 92816-6044
14218996       +Einstein Medical Center,    PO Box 785371,   Philadelphia, PA 19175-0001
14218998       +Equifax,   P.O. Box 740241,    Atlanta, GA 30374-0241
14218999       +Experian,   Profile Maintenance,    P.O. Box 9558,    Allen, Texas 75013-9558
14219000        Grimley Financial Corporation,    30 Washington Drive,    Suite C6,    Haddonfield, NJ 08033-3341
14219003       +KML Law Group,    701 Market Street,    Suite 5000,   Philadelphia, PA 19106-1541
14219002       +Kevin Parker, Esquire,    1528 Walnut Street,    # 2000,   Philadelphia, PA 19102-3613
14219004       +Lewiis Trauffer, Esq.,    1601 Market Street,    Suite 2300,   Philadelphia, PA 19103-2306
14219007       +MRS BPO,   Attn: Bankruptcy,    1930 Olney Ave,    Cherry Hill, NJ 08003-2016
14250875       +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
14229382       +Midland Mortgage,    c/o Rebecca A. Solarz, Esq.,    KML Law Group, PC,
                 701 Market Street, Suite 5000,    Philadelphia, PA 19106-1541
14219005       +Midland Mortgage Co,    Attn: Customer Service/Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
14219006       +Midland Mortgage Company/Mid First Bank,    Attention: Bankruptcy,    PO Box 26648,
                 Oklahoma City, OK 73126-0648
14219009        PA Dept. of Revenue,    Bankruptcy Division,    Bureau of Compliance,    P.O. Box 280946,
                 Harrisburg, PA 17120-0946
14219011       +PGW,   Legal Dept. 4th Floor,    800 W. Montgomery Avenue,    Philadelphia, PA 19122-2806
14219013        Roxborough Memorial Hospital,    5800 Ridge Avenue,    Philadelphia PA 19128
14219014       +Trans Union Corporation,    Public Records Department,    555 West Adams Street,
                 Chicago, IL 60661-3631
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Apr 25 2019 02:29:31     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 25 2019 02:29:08
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 25 2019 02:29:24     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14249331        E-mail/PDF: resurgentbknotifications@resurgent.com Apr 25 2019 02:30:21
                 Ashley Funding Services, LLC,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
14218987       +E-mail/Text: clientrep@capitalcollects.com Apr 25 2019 02:29:50     CCS,   Attn: Bankruptcy,
                 PO Box 150,   West Berlin, NJ 08091-0150
14218991        E-mail/Text: megan.harper@phila.gov Apr 25 2019 02:29:31     City Of Philadelphia,
                 Major Tax Unit/Bankruptcy Dept.,    1401 JFK Blvd, Room 580,    Philadelphia, PA 19102
14218993        E-mail/Text: megan.harper@phila.gov Apr 25 2019 02:29:31     City of Philadelphia,
                 Bankruptcy Unit,    15th Floor,   1515 Arch Street,    Philadelphia, PA 19102
14281799       +E-mail/Text: megan.harper@phila.gov Apr 25 2019 02:29:31
                 CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14218989       +E-mail/Text: ecf@ccpclaw.com Apr 25 2019 02:28:55     Cibik and Cataldo, P.C.,
                 1500 Walnut St., Suite 900,    Philadelphia, PA 19102-3518
14218992       +E-mail/Text: bankruptcy@philapark.org Apr 25 2019 02:29:42     City of Philadelphia,
                 Parking Violations Branch,    P.O. Box 41819,    Philadelphia, PA 19101-1819
14218995       +E-mail/Text: bankruptcy_notifications@ccsusa.com Apr 25 2019 02:29:44
                 Credit Collections Svc,    PO Box 773,    Needham, MA 02494-0918
14218997       +E-mail/Text: tropiann@einstein.edu Apr 25 2019 02:29:02     Einstein Practice Plan,
                 PO Box 8500-8735,    Philadelphia, PA 19178-0001
14219001        E-mail/Text: cio.bncmail@irs.gov Apr 25 2019 02:28:58     I.R.S.,    P.O. Box 7346,
                 Philadelphia, PA 19101-7346
14219008       +E-mail/Text: Bankruptcies@nragroup.com Apr 25 2019 02:29:45     National Recovery Agency,
                 Attn: Bankruptcy,    PO Box 67015,    Harrisburg, PA 17106-7015
14219010        E-mail/Text: bankruptcygroup@peco-energy.com Apr 25 2019 02:28:59     Peco Energy,
                 2301 Market Street # N 3-1,    Legal Department,    Philadelphia PA 19103-1338
14219012       +E-mail/Text: bankruptcy@philapark.org Apr 25 2019 02:29:43     Philadelphia Parking Authority,
                 Bankruptcy Department,    701 Market Street,    Philadelphia, PA 19106-2895
14219016        E-mail/Text: eforbes@ph13trustee.com Apr 25 2019 02:29:00     William C. Miller, Esquire,
                 Chapter 13 Trustee,    P.O. Box 40119,    Philadelphia, PA 19106-0119
                                                                                              TOTAL: 17
```

```
District/off: 0313-2            User: PaulP                   Page 2 of 2                   Date Rcvd: Apr 24, 2019
                                Form ID: pdf900               Total Noticed: 37
```

```
            ***** BYPASSED RECIPIENTS (continued) *****

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14281800*      +CITY OF PHILADELPHIA LAW DEPARTMENT,    TAX & REVENUE UNIT,    BANKRUPTCY GROUP, MSB,
                 1401 JOHN F. KENNEDY BLVD., 5TH FLOOR,    PHILADELPHIA, PA 19102-1613
14218990*      +Cibik and Cataldo, P.C.,    1500 Walnut Street,    Suite 900,    Philadelphia, PA 19102-3518
14218994*      +City of Philadelphia,    Parking Violations Branch,    PO Box 41819,
                 Philadelphia, PA 19101-1819
14219015      ##+Tsi/09,    507 Prudential Rd,    Horsham, PA 19044-2308
                                                                                              TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2019                              Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2019 at the address(es) listed below:
              MICHAEL A. CATALDO2    on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CATALDO2    on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              MICHAEL A. CIBIK2    on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com,
               igotnotices@ccpclaw.com
              REBECCA ANN SOLARZ    on behalf of Creditor    MIDFIRST BANK bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 7
```

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:                                          :        CHAPTER 13
Clyde & Gwendolyn M. Martin

      DEBTORS                          :        BKY. NO. 18-16943AMC13

**ORDER DISMISSING CHAPTER 13 CASE AND SETTING DEADLINE**
**FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

      AND NOW, consideration of the Motion to Dismiss Case filed by William C. Miller, Standing Trustee ("the Trustee"), and after notice and hearing, it is hereby **ORDERED** that:

1.    This chapter 13 bankruptcy case is **DISMISSED**.

2.    Counsel for the Debtor shall file a master mailing list with the Clerk of the Bankruptcy Court if such has not been previously filed.

3.    Any wage orders previously entered are **VACATED**.

4.    Pursuant to 11 U.S.C. §349(b)(3), the undistributed chapter 13 plan payments in the possession of the Trustee shall not revest in the entity in which such property was vested immediately before the commencement of the case. All other property of the estate shall revest pursuant to 11 U.S.C. §349(b)(3).

5.    All applications for allowance of administrative expense (including applications for allowance of professional fees) shall be filed within twenty (20) days of the entry of this Order.

6.    Counsel for the Debtor shall serve this Order by first class mail, postage prepaid, on all interested parties within (5) days of the entry of this Order. Counsel shall file a Certification of Service confirming that such service has been affected within fifteen (15) days of the entry of this Order.

7.    A hearing shall be held on May 21, 2019, 2019 at 11:00 a.m., in Bankruptcy Court No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the application.

                                            By the Court:

Date: April 24, 2019                                       Hon. ASHELY M. CHAN