# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                                  :        CHAPTER 13
Clyde & Gwendolyn M. Martin, Jr.
Gwendolyn M. Martin

    DEBTOR                              :        BKY. NO.  18-16943AMC13

## CERTIFICATION OF NO RESPONSE

I, Michael A. Cataldo, Esquire, hereby certify that no answer, objection, other responsive pleading or request for hearing has been filed within the time allowed by law to the Notice of Application and Application to Approve Counsel Fees.

                Respectfully Submitted,

Date:  May 13, 2019                             _____s/_____
                                              MICHAEL A. CATALDO, ESQUIRE
                                              CIBIK & CATALDO, P.C.
                                              1500 WALNUT  STREET, STE. 900
                                              PHILADELPHIA, PA  19102
                                              (215) 735-1060