United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Clyde Martin, Jr.  
Gwendolyn M. Martin  
    Debtors

Case No. 18-16943-amc  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: PaulP     Page 1 of 1     Date Rcvd: May 21, 2019  
                        Form ID: pdf900     Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 23, 2019.  
db/jdb        +Clyde Martin, Jr.,   Gwendolyn M. Martin,   437 W. Roosevelt Boulevard, Philadelphia, PA 19120-4148

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 23, 2019            Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 21, 2019 at the address(es) listed below:  
         MICHAEL A. CATALDO2   on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CATALDO2   on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2   on behalf of Joint Debtor Gwendolyn M. Martin ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         MICHAEL A. CIBIK2   on behalf of Debtor Clyde  Martin, Jr. ecf@ccpclaw.com, igotnotices@ccpclaw.com  
         REBECCA ANN SOLARZ   on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com  
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov  
         WILLIAM C. MILLER, Esq.   ecfemails@ph13trustee.com,   philaecf@gmail.com  
         TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: CLYDE & GWENDOLYN M. MARTIN,<br>Debtor(s). | Case No. 18-16943AMC13<br><br>Chapter 13 |

**ORDER APPROVING APPLICATION FOR COMPENSATION**

**AND NOW**, this __21st__ day of __May__, 201_9_, upon consideration of the Application for Compensation, it is

**ORDERED** that compensation of **$4,000.00** is allowed and the balance due to counsel in the amount of **$3,000.00** shall be disbursed by the Trustee to the extent provided for in the confirmed plan.

BY THE COURT

_____
HON. ASHELY M. CHAN
UNITED STATES BANKRUPTCY JUDGE